B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**International Garden Products, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**International Garden Products; IGP** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>⬛⬛⬛⬛5711 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**20340 SE Highway 212**<br>**Damascus, OR**<br>ZIP CODE 97089 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Clackamas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>**Holding company** | ☐ Chapter 7  ☐ Chapter 15 Petition for<br>☐ Chapter 9  Recognition of a Foreign<br>☑ Chapter 11  Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13  Recognition of a Foreign<br>  Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer  ☑ Debts are primarily<br>debts, defined in 11 U.S.C.  business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>International Garden Products, Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  N/A | Case Number:<br>N/A | Date Filed:<br>N/A |
| Location<br>Where Filed:  N/A | Case Number:<br>N/A | Date Filed:<br>N/A |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:  See Annex A | Case Number: | Date Filed: |
| District:  District of Delaware | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

   ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>International Garden Products, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   _____
   Telephone Number (if not represented by attorney)

   _____
   Date

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

X _____
   Signature of Attorney for Debtor(s)
   Derek C. Abbott
   Printed Name of Attorney for Debtor(s)
   Morris, Nichols, Arsht & Tunnell LLP
   Firm Name
   1201 N. Market Street
   P.O. Box 1347
   Wilmington, DE 19899-1347
   Address
   (302) 658-9200
   Telephone Number
   10/04/2010
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

   _____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

   _____
   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual
   James H. Hulbert, III
   Printed Name of Authorized Individual
   Chief Executive Officer
   Title of Authorized Individual
   10/04/2010
   Date

   _____
   Address

X _____

   _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## ANNEX A

## PENDING BANKRUPTCY CASES FILED BY AFFILIATES OF DEBTOR

- Weeks Wholesale Rose Grower

- California Nursery Supply

- Iseli Nursery, Inc.

- Old Skagit, Inc.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL GARDEN PRODUCTS, INC.,[1] | Case No. 10-_____ (____) |
| Debtor. | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

      Following is a consolidated list of the creditors holding the 30 largest unsecured claims against International Garden Products, Inc., Weeks Wholesale Rose Grower, California Nursery Supply, Iseli Nursery, Inc. and Old Skagit, Inc. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of their collateral is such that their unsecured deficiency places such creditor among the holders of the 30 largest unsecured claims.[2]

---

[1]     The Debtor is the following entity (followed by the last four digits of its tax identification number): International Garden Products, Inc. (5711), 20340 SE Highway 212, Damascus, Oregon 97089.

[2]     Please note that the amounts listed herein are submitted for compliance with Fed. R. Bankr. P. 1007(d) and are not an admission of liability by any Debtor.

3810273

## Thirty Largest Unsecured Creditors

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVENRNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED, ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 1 | ASHENDENE-LEEUWENSTEIN BV GROOT BENTVELD 3 21 16 TE BENTVELD NL | Schuyler, Roche & Crisham, P.C. 130 East Randolph St., Ste. 3800 Chicago, IL 60601 Attn: Michael d. Lee Tel 312-565-2400 Fax 312-565-8300 and Bullivant Houser Bailey 888 SW Fifth Ave., Suite 300 PORTLAND, OR 97204 Attn: Timothy J. Calderbank Tel 503-228-6351 Fax 503-295-0915 | Arbitration ruling | | $ 4,509,291.39 |
| 2 | GARDEN (NJ) QRS 14-32, INC C/O W.P. CAREY & CO., 50 ROCKEFELLER PLAZA 2ND FLOOR NEW YORK, NY 10020 | Attn: Nicolas H. Isham Tel 212-492-1153 Fax 212-492-8922 nisham@wpcarey.com | Lease guarantee | | $ 1,002,210.00 |
| 3 | CONARD-PYLE 25 LEWIS RD. WEST GROVE, PA 19390 | Attn: David F. Watkins Tel (610) 869-2426 Fax 610-869-0651 dwatkins@conard-pyle.com | Trade debt | | $ 275,280.50 |
| 4 | WILBUR-ELLIS COMPANY DEPT CH 19406 PALATINE, IL 60055-9406 | Attn: Tracy Burke Tel 509-892-0592 Fax 503-981-5747 | Trade debt | | $ 163,383.00 |
| 5 | TRI CAL INC. PO BOX 1327 HOLLISTER, CA 95024-1327 | Attn: Legal Department Tel 831-637-0195 Fax 831-637-0273 | Trade debt | | $ 133,950.66 |
| 6 | P G & E PO BOX 997300 SACRAMENTO, CA 95899-7300 | Attn: Christine Forrester Tel 661-321-4414 Fax 559-499-5100 | Trade debt | | $ 107,401.31 |
| 7 | CROP PRODUCTION SERVICES PO BOX 60000 SAN FRANCISCO, CA 94160-3041 | Attn: Legal Department Tel 661-725-1100 Fax 661-725-2816 | Trade debt | | $ 92,938.28 |
| 8 | CROP PRODUCTION SERVICE 28500 SE ORIENT DRIVE GRESHAM, OR 97080 | Attn: George Mercure Tel 503-663-0164 Fax 503-663-5291 | Trade debt | | $ 78,130.00 |

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVENRNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED, ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 9 | SWANE NURSERY PO BOX 3029 DURAL N.S.W. 2158 AUSTRALIA | Attn: Finbarr O'Leary Tel 011-61-29651-1322 Fax 011-61-29651-2146 swanes.wholesale@bigpond.com.au | Trade debt | | $ 58,646.63 |
| 10 | PGE PO BOX 4438 PORTLAND, OR 97208-4438 | Attn: Legal Department Tel 503-228-6322 Fax 503-612-3940 | Trade debt | | $ 57,321.00 |
| 11 | COINER P O BOX 7217 LA VERNE, CA 91750 | Attn: Jim Coiner Tel 909-593-1373 Fax 909-593-1235 coinerj@verizon.net | Trade debt | C | $ 54,848.50 |
| 12 | JACKSON & PERKINS PO BOX 5002 HODGES, SC 29653-5002 | Attn: Legal Department Tel 864-330-4355 Fax 864-330-4341 | Trade debt | S | $ 54,810.00 |
| 13 | AGRI-VALLEY IRRIGATION, INC. PO BOX 11881 FRESNO, CA 93775 | Attn: Legal Department Tel 559-486-1412 Fax 559-486-0507 | Trade debt | | $ 36,368.04 |
| 14 | AUSTIN WOLVERHAMPTON WV73HB UNITED KINGDOM | Attn: Helen Caine Tel 903-526-1800 Fax 903-526-1900 helen@davidaustinroses.com | Trade debt | | $ 33,067.67 |
| 15 | SUN GRO HORTICULTURE DIST 36212 TREASURY CENTER CHICAGO, IL 60694-6200 | Attn: Greg McCormack Tel 800-451-9379 Fax 425-641-0162 gregm@sungro.com | Trade debt | | $ 30,615.00 |
| 16 | ROSEWOODS TRANSPORTATION, INC. PO BOX 779 WASHOUGAL, WA 98671-0779 | Attn: Legal Department Tel 360-835-7538 Fax 360-835-7618 | Trade debt | | $ 25,850.00 |
| 17 | OBC NORTHWEST PO BOX 759 CANBY, OR 97013 | Attn: Bob Buck Tel 503-266-2021 Fax 503-266-6837 | Trade debt | | $ 22,029.00 |
| 18 | SAQUI & RAIMONDO 4120 DOUGLAS BLVD SUITE 306-402 GRANITE BAY, CA 95746 | Attn: Mike Saqui Tel 831-443-7100 Fax 831-443-8585 | Trade debt | | $ 21,355.29 |

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVENRNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED, ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 19 | CARSON OIL CO PO BOX 6030 PORTLAND, OR 97228-6030 | Attn: John Whitmore Tel 503-224-8500 Fax 503-222-0186 | Trade debt | | $ 18,279.15 |
| 20 | KLEHR/HARRISON/HARVEY/ BRANZBURG 1835 MARKET STREET PHILADELPHIA, PA 19103 | Attn: Richard Beck Tel 215-568-6060 Fax 215-568-6603 | Trade debt | | $ 17,921.73 |
| 21 | KORDES/NEWFLORA 972 OLD STAGE RD. CENTRAL POINT, OR 97502 | Attn: Gary Pellett Tel 541-941-4378 Fax 541-245-0503 gpellett@newflora.com | Trade debt | | $ 17,220.12 |
| 22 | GATEWAY ACCEPTANCE PO BOX 4053 CONCORD, CA 94524 | Attn: Legal Department Tel 925-405-1505 Fax 925-405-1535 | Trade debt | | $ 15,623.73 |
| 23 | E SOFTWARE PROFESSIONALS 10450 SW NIMBUS SUITE B PORTLAND, OR 97223 | Attn: Jodi Leoni Tel 503-608-3659 Fax 503-624-7704 | Trade debt | | $ 15,417.72 |
| 24 | AMERICAN EXPRESS COMPANY, CORPORATE SERVICES OPERATIONS, AESC-P, 20022 NORTH 31ST AVE, MAIL CODE AZ-08-03-11 PHOENIX, AZ 85027 | Attn: Customer Service Tel 800-528-2122 | Trade debt | | $ 13,581.70 |
| 25 | HARKNESS HITCHIN HERTS SG4 0JT ENGLAND | Attn: Robert Harkness Tel 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-42402 Fax 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-422170 rharkness@orange.fr | Trade debt | | $ 12,531.02 |
| 26 | POULSEN ROSER APS KRATBJERG 332 DK-3480 FREDENSBORG DENMARK 97502 | Attn: Mogens Poulsen Tel 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-3028 jette.nielsen@poulsenroser.dk | Trade debt | | $ 10,626.53 |
| 27 | RAIN FOR RENT INC. FILE 52541 LOS ANGELES, CA 90074-2541 | Attn: Legal Department Tel 661-399-1724 Fax 661-399-0237 | Trade debt | | $ 10,557.25 |
| 28 | WARNERS ROSES GREENFIELDS BROCKTON NEWPORT SHROPSHIRE TF10 9EP ENGLAND | Attn: Chris Warner Tel 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-604217 warners.roses@virgin.net | Trade debt | | $ 10,555.90 |

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVENRNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED, ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 29 | CALIFORNIA CONTROLLED 39138 ROAD 56 DINUBA, CA 93618 | Attn: Legal Department Tel 559-591-8874 Fax 559-591-8896 | Trade debt | | $ 10,120.00 |
| 30 | ANDERSON DIE 2425 SE MOORES STREET PORTLAND, OR 97222 | Attn: George Anderson Tel 503-654-5629 Fax 503-654-5655 | Trade debt | | $ 9,104.26 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, James H. Hulbert, III, Chief Executive Officer of the Debtor herein, do hereby declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information and belief.

Date:        Oct. 4, 2010

Signature:

James H. Hulbert, III
Chief Executive Officer

3419089.4

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

INTERNATIONAL GARDEN
PRODUCTS, INC.,[1]

        Debtor.

Chapter 11

Case No. 10-_____ (___)

## CONSOLIDATED LIST OF CREDITORS

       The debtor in this Chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Contemporaneously with the filing of their petitions, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditors List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditors List is being submitted to the Court electronically under separate notice.

---

[1]     The Debtor is the following entity (followed by the last four digits of its tax identification number): International Garden Products, Inc. (5711), 20340 SE Highway 212, Damascus, Oregon 97089.

3810273

Dated: Oct. 4, 2010
      Wilmington, Delaware

Respectfully submitted,

_____
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
John L. Bird (No. 5310)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-658-3989
Email: dabbott@mnat.com
      aremming@mnat.com
      jbird@mnat.com

-and-

BRYAN CAVE LLP
Eric S. Prezant (admission *pro hac vice* pending)
Leslie A. Bayles (admission *pro hac vice* pending)
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Telephone: 312-602-5000
Facsimile: 312-602-5050
Email: eric.prezant@bryancave.com
      leslie.bayles@bryancave.com

-and-

BRYAN CAVE LLP
Brian C. Walsh (admission *pro hac vice* pending)
Cullen K. Kuhn (admission *pro hac vice* pending)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: 314-259-2000
Facsimile: 314-259-2020
Email: brian.walsh@bryancave.com
      ckkuhn@bryancave.com

*Proposed Attorneys for the Debtors and*
*Debtors-in-Possession*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, James H. Hulbert, III, Chief Executive Officer of the Debtor herein, do hereby declare under penalty of perjury that I have reviewed the Consolidated List of Creditors submitted contemporaneously herewith and that it is true and correct to the best of my knowledge, information and belief.


Date:        Oct. 4, 2010

Signature:

James H. Hulbert, III
Chief Executive Officer

3419089.4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL GARDEN PRODUCTS, INC.,[1] | Case No. 10-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

The debtor in this Chapter 11 case filed a petition in this Court on the date hereof for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Following is the list of International Garden Products, Inc.'s equity security holders which was prepared in accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 case.

---

[1]    The Debtor is the following entity (followed by the last four digits of its tax identification number): International Garden Products, Inc. (5711), 20340 SE Highway 212, Damascus, Oregon 97089.

3810273

| Name of Security Holder and Last Known Address or Place of Business of Holder | Number of Class A-1 Common Stock Owned | Number of Class B Common Stock Owned | Number of Series A Preferred Stock Owned | Number of Series B Preferred Stock Owned | Number of Series C Preferred Stock Owned | Number of Series D Preferred Stock Owned | Number of Series E Preferred Stock Owned |
|---|---|---|---|---|---|---|---|
| Gary E. Briggs<br>4404 Henderson Boulevard<br>Olympia, WA 98501 | 5,156.0000 | | 732.0000 | | | | |
| Alicia Hesse Cleary<br>c/o John R. Hesse<br>16 Davis Brook Drive<br>Natick, MA 01760 | | 756.0000 | | | | | |
| Richard and Alicia C. Cleary as trustees for Amelia M. Cleary<br>67 Craftlands Road<br>Chestnut Hill, MA 02467 | | 220.0000 | | | | | |
| Richard and Alicia C. Cleary as trustees for Olivia P. Cleary<br>67 Craftlands Road<br>Chestnut Hill, MA 02467 | | 220.0000 | | | | | |
| CM Life Insurance Company<br>c/o Sandra J. DelColle<br>Babson Capital Management LLC<br>470 Atlantic Ave, 9th Fl<br>Boston, MA 02210 | | | | | | 522.0500 | |
| John M. Collins<br>16 Balmoral Street, Unit 214<br>Andover, MA 01810 | 200.0000 | | | | | | |
| Nicholas Covatta, Jr.<br>25118 Bowman's Folly<br>Accomac, FA 23301 | 600.0000 | | | | | | |

3810273

| Name of Security Holder and Last Known Address or Place of Business of Holder | Number of Class A-1 Common Stock Owned | Number of Class B Common Stock Owned | Number of Series A Preferred Stock Owned | Number of Series B Preferred Stock Owned | Number of Series C Preferred Stock Owned | Number of Series D Preferred Stock Owned | Number of Series E Preferred Stock Owned |
|---|---|---|---|---|---|---|---|
| EF Private Equity Partners (Americas) LP c/o Peter Carnwath Electra Partners, Inc. 708 3rd Avenue, 21st Floor New York, NY 10017 | 258,032.8724 | | 14,574.3509 | | | 8,000.0000 | |
| Gerlach & Co., as nominee for Mass Mutual High Yield Partners II LLC c/o Sandra J. DelColle Babson Capital Management LLC 470 Atlantic Ave, 9th Fl Boston, MA 02210 | | | | | | 6,264.60000 | |
| Robin Herbert 99 Gresham Street London EC2V 7NG England | 600.0000 | | | | | | |
| Christian P. Hesse c/o John R. Hesse 16 Davis Brook Drive Natick, MA 01760 | | 756.0000 | | | | | |
| John R. Hesse 16 Davis Brook Drive Natick, MA 01760 | 14,781.5072 | 22,852.0000 | 523.0976 | | | | |
| John Hesse, Jr. c/o John R. Hesse 16 Davis Brook Drive Natick, MA 01760 | | 756.0000 | | | | | |

3810273

| Name of Security Holder and Last Known Address or Place of Business of Holder | Number of Class A-1 Common Stock Owned | Number of Class B Common Stock Owned | Number of Series A Preferred Stock Owned | Number of Series B Preferred Stock Owned | Number of Series C Preferred Stock Owned | Number of Series D Preferred Stock Owned | Number of Series E Preferred Stock Owned |
|---|---|---|---|---|---|---|---|
| Patricia L. Hesse 2311 Pimmit Drive, Apt. 706E Falls Church, VA 22043 | | 440.0000 | | | | | |
| Hubert A. Horton 7925 N. Ridge Road Madison, OH 44057-3026 | | | | | 250.0000 | | |
| Charles and Esther Huecker Family Trust 909 West 25th Street Upland, CA 91784 | 6,207.4016 | | 540.1000 | | | | |
| Charles H. Huecker 909 West 25th Street Upland, CA 91784 | | | | | | | 531.7800 |
| Andre W. Iseli 14917 SE 142nd Avenue Clackamas, OR 97015-7374 | 17,735.9528 | | 304.7000 | | | | 1,787.3900 |
| Joanne Iseli 15644 NE Russell Pl. Portland, OR 97230-8232 | | | | | | | 619.4400 |
| David Jarzynka 7401 Stinson Avenue Gig Harbor, WA 98335 | 200.0000 | | 27.0000 | | | | |
| Hans Langeveld Hassan Straat 100 2161 R. W. Lisse The Netherlands | 7,098.2913 | | 25.0000 | | | | |

381027З

| Name of Security Holder and Last Known Address or Place of Business of Holder | Number of Class A-1 Common Stock Owned | Number of Class B Common Stock Owned | Number of Series A Preferred Stock Owned | Number of Series B Preferred Stock Owned | Number of Series C Preferred Stock Owned | Number of Series D Preferred Stock Owned | Number of Series E Preferred Stock Owned |
|---|---|---|---|---|---|---|---|
| Henk Langeveld Weenasteyn Straat #225 218GW Hillegorn, The Netherlands | | | | 375.0000 | | | |
| John P. Langeveld | | | | 375.0000 | | | |
| John T. Langeveld, Jr. 6 Lebanon Drive Brielle, NJ 08730 | 6,501.2835 | | 2.7000 | | | | |
| Karen Langeveld Van Mathenesse Straat Warmond 2361 KE The Netherlands | 6,429.0000 | | | | | | |
| Nicholas J. Langeveld 657 Point Avenue Metedeconk, NJ 08724 | | | | 1,125.0000 | | | |
| Peter Langeveld 357 Needle Street Brick, NJ 08724 | 6,490.5748 | | 2.3000 | | | | |
| Theodore Langeveld Laan Van Ryckevorsel #30 2161 KV, The Netherlands | | | | 375.0000 | | | |
| Steve Martindale 149 Summer Street Norwell, MA 02061-1033 | 1,352.8534 | | 52.1140 | | | | |

3810273

| Name of Security Holder and Last Known Address or Place of Business of Holder | Number of Class A-1 Common Stock Owned | Number of Class B Common Stock Owned | Number of Series A Preferred Stock Owned | Number of Series B Preferred Stock Owned | Number of Series C Preferred Stock Owned | Number of Series D Preferred Stock Owned | Number of Series E Preferred Stock Owned |
|---|---|---|---|---|---|---|---|
| Mass Mutual Life Insurance Company c/o Sandra J. DelColle Babson Capital Management LLC 470 Atlantic Ave, 9th Fl Boston, MA 02210 | | | | | | 3,654.3500 | |
| Mesirow Capital Partners VII c/o Dan Howell 350 N. Clark Street, 4th Floor Chicago, IL 60610 | 151,637.4695 | | | | | 2,000.0000 | |
| Mesirow Capital Partners VII, LP c/o Dan Howell 350 N. Clark Street, 4th Floor Chicago, IL 60610 | | | 9,267.4264 | | | | |
| Steven M. Peck Hutchins, Wheeler & Dittmar 101 Federal Street Boston, MA 02110 | 135.2854 | | 5.2114 | | | | |
| James Peterson 22 Highland Street Medway, MA 02053 | 40.1575 | | 1.5000 | | | | |
| Gregory Pilcher 15200 SE 287th Boring, OR 97009 | 7,586.8583 | | 55.0000 | | | | |
| Donna L. Prano 7561 Hyssop Drive Rancho Cucamonga, CA 91739 | 25.0000 | | | | | | |

3810273

| Name of Security Holder and Last Known Address or Place of Business of Holder | Number of Class A-1 Common Stock Owned | Number of Class B Common Stock Owned | Number of Series A Preferred Stock Owned | Number of Series B Preferred Stock Owned | Number of Series C Preferred Stock Owned | Number of Series D Preferred Stock Owned | Number of Series E Preferred Stock Owned |
|---|---|---|---|---|---|---|---|
| David Strabo 9 Varnum Lane Manalapan, NJ 07726 | 6,429.0000 | | | | | | |
| James Westra 5 Stage Hill Road Wenham, MA 01984 | 270.5706 | | 10.4228 | | | | |
| Lee Wilkins 15 Broken Tree Road Medway, MA 02053 | 94.6998 | | 3.6480 | | | | |
| TOTAL NUMBER OF OUTSTANDING SECURITIES | 497,604.7781 | 26,000.0000 | 26,126.5711 | 2,250.0000 | 250.0000 | 20,441.0000 | 2,938.6100 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, James H. Hulbert, III, Chief Executive Officer of the Debtor herein, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my knowledge, information and belief.

Date:        Oct. 4, 2010

Signature:

James H. Hulbert, III
Chief Executive Officer

3419089.4

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL GARDEN PRODUCTS, INC.,[1] | Case No. 10-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

In accordance with Federal Rule of Bankruptcy Procedure 1007(a)(1), the undersigned certifies that the following entities directly or indirectly own 10% or more of any class of International Garden Products, Inc.'s equity interests:

| Name / Address | Class | Percentage of Class |
|---|---|---|
| EF Private Equity Partners (Americas) LP<br>c/o Peter Carnwath<br>Electra Partners, Inc.<br>708 3rd Avenue, 21st Floor<br>New York, NY 10017 | Class A-1 Common Stock | 51.85% |
| Mesirow Capital Partners VII<br>c/o Dan Howell<br>350 N. Clark Street, 4th Floor<br>Chicago, IL 60610 | Class A-1 Common Stock | 30.47% |
| EF Private Equity Partners (Americas) LP<br>c/o Peter Carnwath<br>Electra Partners, Inc.<br>708 3rd Avenue, 21st Floor<br>New York, NY 10017 | Series A Preferred Stock | 55.78% |
| Mesirow Capital Partners VII, LP<br>c/o Dan Howell<br>350 N. Clark Street, 4th Floor<br>Chicago, IL 60610 | Series A Preferred Stock | 35.47% |
| EF Private Equity Partners (Americas) LP | Series D Preferred Stock | 39.14% |

---

[1] The Debtor is the following entity (followed by the last four digits of its tax identification number): International Garden Products, Inc. (5711), 20340 SE Highway 212, Damascus, Oregon 97089.

3810273

| Name / Address | Class | Percentage of Class |
|---|---|---|
| c/o Peter Carnwath<br>Electra Partners, Inc.<br>708 3rd Avenue, 21st Floor<br>New York, NY 10017 | | |
| Gerlach & Co., as nominee for Mass Mutual High Yield Partners II LLC<br>c/o Sandra J. DelColle<br>Babson Capital Management LLC<br>470 Atlantic Ave, 9th Fl<br>Boston, MA 02210 | Series D Preferred Stock | 30.65% |
| Mass Mutual Life Insurance Company<br>c/o Sandra J. DelColle<br>Babson Capital Management LLC<br>470 Atlantic Ave, 9th Fl<br>Boston, MA 02210 | Series D Preferred Stock | 17.88% |

Date:      Oct. 4, 2010

Signature:

James H. Hulbert, III, Chief Executive Officer

3419089.4

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL GARDEN PRODUCTS, INC.,[1] | Case No. 10-_____ (___) |
| Debtor. | |

## CERTIFICATE OF AUTHORIZING
## RESOLUTIONS OF THE BOARD OF DIRECTORS

I, James H. Hulbert, III, the duly elected, qualified and acting Chief Executive Officer of International Garden Products, Inc., a Delaware corporation (the "Company"), do hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company on October 1, 2010, and each such resolution has not been amended or revoked and is now in full force and effect, to wit:

"WHEREAS, the Board has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company; and

WHEREAS, the Board has reviewed and considered the Company's financing needs and options with respect to the Company's ability to continue operating effectively;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors and all other interested parties as a whole for the Company to commence a Chapter 11 bankruptcy filing, and accordingly, the Board authorizes and approves the filing of a Voluntary Petition for relief on behalf of the Company under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtor is the following entity (followed by the last four digits of its tax identification number): International Garden Products, Inc. (5711), 20340 SE Highway 212, Damascus, Oregon 97089.

3810273

FURTHER RESOLVED, that the president or other officers of the Company, or any person(s) designated by said person(s), and each of them (collectively, the "Authorized Officers"), are hereby authorized to execute and file, on the Company's behalf, a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware and to take any and all actions in and throughout said proceedings and to execute and to implement any and all pleadings, notices, settlements, adversary proceedings, plans of reorganization, disclosure statements, reports, agreements, contracts, documents and instruments, including, without limitation, debtor-in-possession financing agreements and agreements to sell any or all of the assets of the Company, and to take such other actions, including, without limitation, employing and retaining all assistance by legal counsel, accountants or other professionals, opening any new banking or other accounts, and to execute or to issue such other documents as such Authorized Officers determine to be necessary, appropriate or beneficial on behalf of the Company at any time and from time to time prior to or during the Chapter 11 proceedings.

FURTHER RESOLVED, that in connection with its Chapter 11 filing, the Company is authorized to enter into that certain Senior Secured, Super Priority Post Petition Credit Agreement (draft dated September 30, 2010) (the "DIP Credit Agreement") by and among International Garden Products, Inc., Iseli Nursery, Inc., and Weeks Wholesale Rose Grower, as borrowers, California Nursery Supply Company and Old Skagit, Inc., as guarantors, and Harris N.A., MFC Capital Funding, Inc., U.S. Bank National Association, Bank of the West, and any other financial institutions from time to time party thereto (collectively, the "Lenders"), as lenders, and the Company is authorized to perform its obligations thereunder, including the borrowing of the loans and payment of fees and expenses, pursuant to the terms of the DIP Credit Agreement and otherwise on the terms and conditions that any of the Authorized Officers shall deem to be appropriate, the Company's obligations to be secured by a continuing lien on and security interest in substantially all of the property of the Company.

FURTHER RESOLVED, that the form, terms and provisions of the DIP Credit Agreement have been reviewed by the Board and are approved.

FURTHER RESOLVED, that each of the Authorized Officers of the Company is authorized, in the name and on behalf of the Company, to approve the detailed terms of the DIP Credit Agreement and any additional security agreements, pledge agreements, UCC financing statements or other documents to be entered into by the Company in connection with the foregoing and to execute and deliver such agreements and documents, and to grant to the Lenders a security interest in the Collateral (as defined in the DIP Credit Agreement), whether now owned or existing or hereafter acquired, pursuant to the terms and conditions set forth in the DIP Credit Agreement and related documents.

FURTHER RESOLVED, that each of the Authorized Officers of the Company is authorized and directed to execute and deliver such documents, certificates and agreements, and take such further actions on behalf of the Company, including, without limitation, from time to time, amendments and waivers, as any of them shall consider appropriate or advisable in order to

facilitate the financing contemplated by the DIP Credit Agreement, each of which shall be the valid act and obligation of the Company in accordance with its terms.

FURTHER RESOLVED, that the Company hereby is authorized to retain the Firm of Bryan Cave LLP to represent the Company as legal counsel, including in connection with the Company's Chapter 11 proceedings.

FURTHER RESOLVED, that the Firm of Bryan Cave LLP is hereby retained to represent the Company as legal counsel, including in connection with the Company's Chapter 11 proceedings.

FURTHER RESOLVED, that the Company hereby is authorized to retain the Firm of Morris, Nichols, Arsht & Tunnell LLP to represent the Company as Delaware counsel, including in connection with the Company's Chapter 11 proceedings.

FURTHER RESOLVED, that the Firm of Morris, Nichols, Arsht & Tunnell LLP is hereby retained to represent the Company as Delaware counsel, including in connection with the Company's Chapter 11 proceedings.

FURTHER RESOLVED, that the Company hereby is authorized to retain The Garden City Group, Inc. as claims and noticing agent, including in connection with the Company's Chapter 11 proceedings.

FURTHER RESOLVED, that The Garden City Group, Inc. is hereby retained as claims and noticing agent, including in connection with the Company's Chapter 11 proceedings.

FURTHER RESOLVED, that the Company hereby is authorized to retain the Firm of FTI Consulting to provide the Company with restructuring services and advice, including in connection with the Company's Chapter 11 proceedings.

FURTHER RESOLVED, that the Firm of FTI Consulting is hereby retained to provide the Company with restructuring services and advice, including in connection with the Company's Chapter 11 proceedings."

WITNESS my hand and seal of such Company this 1st day of October, 2010.

(SEAL)

INTERNATIONAL GARDEN PRODUCTS, INC.

By: _____
Name:  James H. Hulbert, III
Title:  Chief Executive Officer

3419089.4