**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| International Garden Products, Inc., *et al.* | : | Case No. 10-13207 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

-----------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Garden (NJ)**, Attn: Nicolas Ishem, c/o W.P. Carey & Co., 50 Rockefeller Plaza, 2nd Floor, New York, NY 10020, Phone: 212-492-1153, Fax: 212-492-8922

2. **Ashendene 28 B.V.**, c/o Bullivant Houser Bailey, Attn: David VanSpeybroeck, 888 SW Fifth Ave., Ste. 300, Portland, OR 97204, Phone: 503-499-4642, Fax: 503-295-0915

3. **David Austin Roses Ltd.**, Attn: Robert Corbett, Bowling Green Lane, Albrighton, Wolverhampton WV7 3HB, Phone: 44-1902-376314, Fax: 44-1902-375482


ROBERTA A. DeANGELIS
United States Trustee, Region 3


  /s/ Mark S. Kenney for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: October 21, 2010

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Andrew R. Remming, Esquire, Phone: (302) 658-9200, Fax: (302) 658-3989