# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTERNATIONAL GARDEN PRODUCTS, INC., <u>et al.</u>,1<br><br>Debtors. | Chapter 11<br><br>Case No. 10-13207 (KJC)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO 11 U.S.C. § 1109(b) AND FED. R. BANKR. P. 2002 AND 9010

**PLEASE TAKE NOTICE THAT** the undersigned co-counsel enter their appearances pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>") and Fed. R. Bankr. P. 2002 and 9010 (the "<u>Bankruptcy Rules</u>") on behalf of the Official Committee of Unsecured Creditors of International Garden Products, Inc., <u>et al.</u>, the debtors and debtors-in-possession herein, and request that copies of all notices, pleadings and papers filed in this case be served on the following via mail, hand delivery, facsimile, electronically, or other appropriate means at the addresses indicated below:

Jason C. DiBattista, Esq.<br>
LECLAIRRYAN, A VIRGINIA PROFESSIONAL CORPORATION<br>
One Riverfront Plaza, Sixteenth Floor<br>
1037 Raymond Boulevard<br>
Newark, New Jersey 07102<br>
Telephone:  (973) 491-3600<br>
Facsimile:  (973) 491-3555<br>
Email:  jason.dibattista@leclairryan.com

---

1   The Debtors are the following entities (followed by the last four digits of their tax identification numbers): International Garden Products, Inc. (5711), Weeks Wholesale Rose Grower (9716), California Nursery Supply (6835), Iseli Nursery, Inc. (6206), and Old Skagit, Inc. (2996).

-and-

Michael E. Hastings, Esq.
LECLAIRRYAN, A VIRGINIA PROFESSIONAL CORPORATION
830 Third Avenue, Fifth Floor
New York, New York 10022
Telephone: (212) 430-8020
Facsimile: (212) 430-8079
Email: michael.hastings@leclairryan.com

-and-

David B. Stratton, Esq.
David M. Fournier, Esq.
Michael J. Custer, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: strattond@pepperlaw.com
fournierd@pepperlaw.com
custerm@pepperlaw.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned debtors or the property of such debtors or their estates.

Dated: October 27, 2010

**PEPPER HAMILTON LLP**

*/s/ Michael J. Custer*
David B. Stratton (DE Bar No. 960)
David M. Fournier (DE Bar No. 2812)
Michael J. Custer (DE No. 4843)
Hercules Plaza, Suite 5100
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: strattond@pepperlaw.com
fournierd@pepperlaw.com
custerm@pepperlaw.com

-and-

**LECLAIRRYAN,
A VIRGINIA PROFESSIONAL CORPORATION**
Jason C. DiBattista
One Riverfront Plaza, Sixteenth Floor
1037 Raymond Boulevard
Newark, New Jersey 07102
Telephone: (973) 491-3600
Facsimile: (973) 491-3555
Email: jason.dibattista@leclairryan.com

*Proposed co-counsel for the Official Committee of Unsecured Creditors of International Garden Products, Inc., et al.*