|  |  |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL GARDEN PRODUCTS, INC., et al.,[1] | Case No. 10-13207 (KJC) |
| Debtors. | Jointly Administered |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,**
**METHODOLOGY AND DISCLAIMER REGARDING**
**DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND**
**STATEMENTS OF FINANCIAL AFFAIRS[2]**

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Schedules and Statements") filed herewith by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") were prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by Debtors' management, with the assistance of the Debtors' employees and professionals, and are unaudited. While the Debtors' management has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred. The Schedules and Statements remain subject to further review and verification by the Debtors. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statements. While the Debtors filed their respective bankruptcy petitions on October 4, 2010 (the "Petition Date"), they did not complete a separate, corresponding "closing" of their books and ledgers. Except as noted in the Schedules and Statements, all asset data is reported as of the close of business on September 30, 2010 and all liability data is reported as of the close of business October 3, 2010. The Debtors believe that any financial differences arising during the 3-day period are minor and immaterial to the overall outcome of this case. The Debtors have used their best efforts to compile the information set forth in the Schedules and Statements from their books and records maintained in the ordinary course of their businesses. The Debtors reserve their right to amend their Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): International Garden Products, Inc. (5711), Weeks Wholesale Rose Grower (9716), California Nursery Supply (6835), Iseli Nursery, Inc. (6206), and Old Skagit, Inc. (2996).

[2] A Schedule of Assets and Liabilities and Statement of Financial Affairs for a particular Debtor begins immediately after these Global Notes.

and Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Statements of Financial Affairs with Schedules (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.     <u>Basis of Presentation</u>. For financial reporting purposes, the Debtors prepare consolidated financial statements, which include financial information for all subsidiaries, audited annually. The Schedules and Statements are unaudited and reflect the Debtors' best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to fully reconcile to the financial statements.

2.     <u>Summary of Significant Reporting Policies</u>. The Schedules and Statements have been signed by Jim Holding, Chief Financial Officer. In reviewing and signing the Schedules and Statements, Mr. Holding has necessarily relied upon the efforts, statements and representations of the accounting and non-accounting personnel located at International Garden Products, Inc.'s headquarters, Weeks Wholesale Rose Grower and Iseli Nursery, Inc. California Nursery Supply and Old Skagit, Inc. are non-operating entities.  California Nursery Supply is a pass-through entity between International Garden Products, Inc. and Weeks Wholesale Rose Grower, and the net assets of Old Skagit, Inc. were sold in 2008.  There are no operations or financial activity at either entity and as such there are no accounting or non-accounting personnel available to provide statements and/or representations. Mr. Holding has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.  Each of the Debtors made its best effort to report asset, liability, disbursement and other information on the appropriate Debtors' Schedules and Statements. However, the following qualifications and limitations apply to each Debtor's Schedules and Statements:

    a.    <u>Reporting Date</u>. Unless otherwise noted, asset values are reported in the Debtors' Schedules and Statements as of the close of business on September 30, 2010 and liability values are reported as of the close of business October 3, 2010.

    b.    <u>Net Book Value</u>. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Accordingly, unless otherwise indicated, net book values, as of the September 30, 2010, rather than current market values of the Debtors' interests in property are reflected on the Debtors' Schedules and Statements. Assets that have been fully depreciated or were expensed for accounting purposes have no net book value and have been listed as zero or unknown.

    c.    <u>Causes of Action</u>. The Debtors have not set forth all causes of action against all third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

    d.    <u>Schedule B</u>: The Debtors maintain detailed customer lists and accounts receivable.  Due to the proprietary nature of this detail, they will not be disclosed in the Schedules and Statements

(B23 Licenses and B24 Customer Lists).  Additional information can be made available upon court request.

e. <u>Schedule D:</u>

    i.    Except as otherwise agreed pursuant to a stipulation or agreed order or any other order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction, or any document or instrument related to such creditor's claim.

    ii.    In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors. No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Holders of secured claims by virtue of holding setoff rights against the Debtors are not included on Schedule D.

    iii.    Lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.

f. <u>Schedule F</u>. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule F of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule F are intended only to be a summary. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The claims of individual creditors for, among other things, merchandise, goods, services or taxes are listed at the amounts listed on the Debtors' books and records and may not reflect credits or allowances due from such creditor. The Debtors reserve all of their rights respecting such credits and allowances. The dollar amounts listed may be exclusive of contingent and unliquidated amounts. The Debtors expressly incorporate by reference into Schedule F all parties to pending and potential pending litigation listed in the Debtors' Schedules and Statements as contingent, unliquidated and disputed claims to the extent not already listed on Schedule F.

All parties to executory contracts, including those listed on Schedule G, are holders of contingent and unliquidated unsecured claims arising from (i) obligations under those executory contracts and/or (ii) rejection damages in the event that such executory contract is rejected. Not all such claims are duplicated on Schedule F.

g. <u>Schedule G:</u>

    i. The businesses of the Debtors are complex. While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

    ii. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed therein.

    iii. The presence of a contract or agreement on this schedule does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on these Schedules.

    iv. As mentioned previously, the Debtors are in a highly competitive market niche. Any public release of information regarding their customer lists could be tremendously damaging to the Debtors efforts at reorganization and continuation. Consequently, the Debtors have disclosed the counterparties to their various licensing agreements using an alphabetic code. Additional information can be made available to the court at the court's request.

3. <u>Claims</u>. The Debtors' Schedules and Statements list creditors and set forth the Debtors' estimate of the number of claims of creditors as of the close of business on October 3, 2010. Payments have been made subsequently to certain claimants pursuant to the Bankruptcy Court's orders in the Debtors' cases. The Debtors have attempted to reflect these subsequent payments in the Schedules and Statements, but the actual unpaid claims of creditors may differ from the amounts set forth in the Schedules and Statements. The claims listed in Schedules D, E, and F were incurred on various dates. A determination of the date upon which each claim was incurred would be unduly burdensome and cost prohibitive.

4. <u>Employee and Former Employee Addresses</u>. Where directors, employees, and former employees have been identified in the Schedules and Statements, their personal addresses have not been disclosed. These addresses will be provided with appropriate confidentiality provisions upon request.

5. <u>Employee Claims</u>. On October 6, 2010, the Bankruptcy Court entered a first-day order granting authority to the Debtors to pay prepetition employee wages, salaries, benefits, and other obligations for

employees (the "Employee Wages Order"). Pursuant to the Employee Wages Order, the Debtors believe that, other than claims of former employees for severance, any employee claims for prepetition amounts either have been satisfied or are in the process of being satisfied. Accordingly, employee claims for amounts owing as of the end of the day on October 3, 2010, that have been paid or that are intended to be paid have not been included in the Schedules and Statements.

6. <u>Disputed, Contingent, and/or Unliquidated Claims</u>. Schedules D, E, and F permit each of the Debtors to designate a claim as disputed, contingent, and/or unliquidated. A failure to designate a claim on any of these schedules as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtors reserve the right to dispute, or assert offsets or defenses to any claim reflected on these Schedules and Statements as to nature, amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent or unliquidated.

7. <u>Global Notes Control</u>. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

8. <u>Reservation of Rights</u>. Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

9. <u>Amendments.</u> The Debtors each reserve the right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including without limitation, (a) to assert offsets or defenses to any claim, (b) to amend the amount, liability, or classification of any claim, or (c) to otherwise designate any claim as contingent, unliquidated or disputed. Any failure to designate a claim as contingent, unliquidated, or disputed does not constitute an admission by any Debtor that such claim is not contingent, unliquidated, or disputed.

**\*\*\*END OF GLOBAL NOTES\*\*\***
**\*\*SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE\*\***

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
L. John Bird (No. 5310)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-658-3989
Email: dabbott@mnat.com
aremming@mnat.com
jbird@mnat.com

BRYAN CAVE LLP
Eric S. Prezant (admitted *pro hac vice*)
Leslie A. Bayles (admitted *pro hac vice*)
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Telephone: 312-602-5000
Facsimile: 312-602-5050
Email: eric.prezant@bryancave.com
leslie.bayles@bryancave.com

-and-

BRYAN CAVE LLP
Brian C. Walsh (admitted *pro hac vice*)
Cullen K. Kuhn (admitted *pro hac vice*)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: 314-259-2000
Facsimile: 314-259-2020
Email: brian.walsh@bryancave.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **In re: INTERNATIONAL GARDEN PRODUCTS, INC.**<br><br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 10-13207** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the Debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| Name of Schedule | Attached Y/N | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A. Real Property | Y | 1 | $0.00 | | |
| B. Personal Property | Y | 11 | $588,548.48 | | |
| C. Property Claimed as Exempt | N | | | | |
| D. Creditors Holding Secured Claims | Y | 1 | | $43,963,658.98 | |
| E. Creditors Holding Unsecured Priority Claims | Y | 4 | | $28,863.22 | |
| F. Creditors Holding Unsecured Non-Priority Claims | Y | 10 | | $20,599,859.15 | |
| G. Executory Contracts and Unexpired Leases | Y | 2 | | | |
| H. Co-Debtors | Y | 8 | | | |
| I. Current Income of Debtor | N | | | | |
| J. Current Expenditures of Debtor | N | | | | |
| Total number of sheets, all schedules: | | 37 | | | |
| Total Assets: | | | $588,548.48 | | |
| Total Liabilities: | | | | $64,592,381.36 | |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the Debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtors have a life estate. Include any property in which the debtor holds rights and powers exercisable for the Debtor's own benefit. If the Debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

| LOCATION AND DESCRIPTION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT COST OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the Debtor of whatever kind. If the Debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the Debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the Debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this Schedule, do not include the name or address of a minor child. Simply state "a minor child."

It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's personal property interests.  Accordingly, the values set forth herein are net book values as of the Petition Date rather than current market values.

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **SEE EXHIBIT B-1** | | $500.00 |
| 2. Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords and others. | | **SEE EXHIBIT B-3** | | $2,539.43 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6. Wearing apparel. | X | | | |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company and each policy and itemize surrender or refund value of each. | | **SEE EXHIBIT B-9** | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the records of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **SEE EXHIBIT B-13** | | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and noncontingent unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101 (41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | | **SEE EXHIBIT B-24** | | |
| 25. Automobiles, trucks, trailers, and other vehicles or accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings and supplies. | | **SEE EXHIBIT B-28** | | $8,364.60 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops-growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **SEE EXHIBIT B-35** | | $577,144.45 |

**Total Asset Value:**

**$588,548.48**

# SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT B-1
### CASH ON HAND

| PROPERTY DESCRIPTION | LOCATION | AMOUNT |
|---|---|---|
| Petty Cash Balance | Damascus, OR | $500.00 |
| | | **TOTAL:      $500.00** |

## SCHEDULE B - PERSONAL PROPERTY
### EXHIBIT B-3
### SECURITY DEPOSITS

| LOCATION | DESCRIPTION | DATE OF DEPOSIT | AMOUNT |
|----------|-------------|-----------------|--------|
| Damascus, OR | Security Deposit Landlord | 12/10/2008 | $2,485.54 |
| Damascus, OR | NW Natural - utility deposit | 1/29/2009 | $53.89 |
| | | **TOTAL:** | **$2,539.43** |

# SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT B-9
## INTERESTS IN INSURANCE POLICIES

| DESCRIPTION OF POLICY | INTEREST IN POLICY | NET BOOK VALUE |
|---|---|---|

The Debtor maintains a variety of insurance policies including general liability, directors and officers liability, worker's compensation policies and other employee related policies. The Debtor's interest in these types of policies is limited to the amount of the prepaid premiums, if any, as of 9-30-2010. To the extent the Debtor has made a determination of the amount of prepaid insurance premiums as of 10-3-2010, such amounts are listed on Exhibit B-35. All policies are expected to remain in place through their expiration. Refer to Schedule G for more information regarding the Debtor's insurance policies. In addition, the Debtor reserves all rights to seek refunds of any overpayments of premiums paid on its insurance policies.

# SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT B-13
## STOCKS AND INTEREST IN INCORPORATED AND UN-INCORPORATED BUSINESSES

| ENTITY | DESCRIPTION OF PROPERTY | ADDRESS | PERCENT OF OWNERSHIP | AMOUNT |
|---|---|---|---|---|
| Iseli Nursery, Inc. | 14,952 shares common stock | 30590 SE Kelso Road Boring, OR 97009 | 100% | Unknown |
| California Nursery Supply | 11.67 shares common, 3,250 preferred stock | 20340 SE Highway 212 Damascus, OR 97089 | 100% | Unknown |
| Old Skagit, Inc. | 1,000 shares common stock | 20340 SE Highway 212 Damascus, OR 97089 | 100% | Unknown |
| | | | **TOTAL:** | **Unknown** |

# SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT B-24
## CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONAL INFORMATION

| CUSTOMER NAME | ACCOUNT NUMBER |
|---|---|

The customer list contains confidential commercial information. Pursuant to 11 U.S.C. § 107(b), the list will not be included in the schedules of assets.

# SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT B-28
## OFFICE EQUIPMENT, FURNISHINGS AND OTHER SUPPLIES

| ADDRESS | DESCRIPTION OF PROPERTY | ORIGINAL COST | ACCUMULATED DEPRECIATION | NET BOOK VALUE |
|---|---|---|---|---|
| 20340 SE Highway 212 Damascus, OR 97089 | Viewsonic 17" Monitor | $292.95 | $292.95 | $0.00 |
| 20340 SE Highway 212 Damascus, OR 97089 | HP Laserjet 2100TN | $1,296.75 | $1,296.75 | $0.00 |
| 20340 SE Highway 212 Damascus, OR 97089 | HP Laserjet 4050TN | $1,296.75 | $1,296.75 | $0.00 |
| 20340 SE Highway 212 Damascus, OR 97089 | New Phone System | $23,220.35 | $18,659.05 | $4,561.30 |
| 20340 SE Highway 212 Damascus, OR 97089 | Computer Server-IGP 1 | $17,796.67 | $14,620.29 | $3,176.38 |
| 20340 SE Highway 212 Damascus, OR 97089 | New computers/printer | $2,660.00 | $2,660.00 | $0.00 |
| 20340 SE Highway 212 Damascus, OR 97089 | New Laptop - Jay Hulbert | $2,999.10 | $2,999.10 | $0.00 |
| 20340 SE Highway 212 Damascus, OR 97089 | New Laptop - Jim Holding | $2,681.20 | $2,681.20 | $0.00 |
| 20340 SE Highway 212 Damascus, OR 97089 | Toshiba TLP-670U LCD Projector | $6,382.50 | $6,382.50 | $0.00 |
| 20340 SE Highway 212 Damascus, OR 97089 | New Furniture for Gladstone Office | $37,675.92 | $37,675.92 | $0.00 |
| 20340 SE Highway 212 Damascus, OR 97089 | File Cabinets & Tackboards | $13,688.88 | $13,688.88 | $0.00 |
| 20340 SE Highway 212 Damascus, OR 97089 | File Cabinets | $6,065.46 | $6,065.46 | $0.00 |
| 20340 SE Highway 212 Damascus, OR 97089 | Sharp Digital Copy Machine | $8,300.00 | $7,746.54 | $553.46 |
| 20340 SE Highway 212 Damascus, OR 97089 | Sharp Fax Machine FO-DC525S | $1,100.00 | $1,026.54 | $73.46 |
| | | | TOTAL: | $8,364.60 |

# SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT B-35
## OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED - ITEMIZE

| DESCRIPTION OF PROPERTY | ADDRESS OF PROPERTY | NET BOOK VALUE |
|---|---|---|
| Prepaid P&C Insurance | 20340 SE Highway 212<br>Damascus, OR 97089 | $21,540.89 |
| Prepaid Retainer: Garden City Group | 105 Maxess Rd.<br>Melville, NY 11747 | $20,000.00 |
| Prepaid Retainer: Bryan Cave | PO Box 503089<br>St Louis, MO 63150 | $175,000.00 |
| Prepaid Retainer: FTI Consulting, Inc. | PO Box 631916<br>Baltimore, MD 21263 | $130,000.00 |
| Prepaid Retainer: McNair Law Firm | PO Box 11390<br>Columbia, SC 29211 | $22,500.00 |
| Prepaid Retainer: Moss Adams | 805 SW Broadway #1200<br>Portland, OR 97205 | $65,000.00 |
| Prepaid Retainer: Stoel Rives | 900 SW 5th Ave. Ste 2600<br>Portland, OR 97204 | $8,103.56 |
| Prepaid Retainer: Alvarez & Marsal | 633 West Fifth Street, Suite 850<br>Los Angeles, CA 90071 | $50,000.00 |
| Prepaid Retainer: Morris Nichols | PO Box 1347<br>Wilmington, DE 19899 | $85,000.00 |
| | **GRAND TOTAL:** | **$577,144.45** |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the Debtor as of the date of filing of the petition. The complete account number of any account the Debtor has with the creditor is useful to the trustee and creditor and maybe provided if the Debtor choses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule D in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if Debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | D I S P U T E D | U N L I Q U I D A T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. -<br><br>10002358-10004251<br>HARRIS, N.A. AS AGENT<br>JAMIE HOSLER<br>BMO CAPITAL MARKETS<br>115 S. LASALLE STREET, 12W<br>CHICAGO, IL 60603USA | X | | SECURED DEBT<br><br>All real and personal property assets | | | | PRINCIPAL<br>    43,669,990.16<br>INTEREST<br>    293,668.82<br>$43,963,658.98 | UNKNOWN |

|  |  |
|---|---|
| **Count:** | **1** |
| **Total Secured Amount:** | **$43,963,658.98** |
| **Total Unsecured Amount:** | **UNKNOWN** |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the Debtor or the property of the Debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the Debtor has with the creditor is useful to the trustee and the creditor and may be provided if the Debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if the Debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (check the appropriate box(es) below if claims in that category are included on the attached sheets

☐ Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the Debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtors business or official affairs after the commencement of the case but before the earlier appointment of a trustee or the order for relief. 11 U.S.C § 507 (a)(3).

☐ Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives, up to $11,725 per person, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C § 507 (a)(4).

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(5).

☐ Certain farmers and fisherman

Claims of certain farmers or fisherman, up to a maximum of $5,775 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a)(6).

☐ Deposits by individuals

Claims of individuals up to a maximum of $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. § 507 (a)(7).

☒ Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a)(8).

☐ Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ Claims for Death or Personal Injury While Debtor Was Intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| 10002711-10004264 CALIFORNIA FRANCHISE TAX BOARD PO BOX 942857 SACRAMENTO, CA 94257-0551 USA | X | | TAXES | | | | $2,400.00 | $2,400.00 | $0.00 |
| 10002708-10004257 CLACKAMAS COUNTY TAX COLLECTOR 168 WARNER MILNE RD OREGON CITY, OR 97045 USA | | | TAXES | | | | $108.22 | $108.22 | $0.00 |
| 10002715-10004281 INTERNAL REVENUE SERVICE OGDEN, UT 84201-0012 USA | | | TAXES | X | X | X | UNKNOWN | UNKNOWN | UNKNOWN |
| 10002712-10004269 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE OFFICE OF PROCESSING AND TAXPAYER SERVICES W A HARRIMAN CAMPUS ALBANY, NY 12227 USA | | | TAXES | X | X | X | UNKNOWN | UNKNOWN | UNKNOWN |
| 10002713-10004274 NEW YORK STATE CORPORATION TAX DEPARTMENT OF TAXATION AND FINANCE TCC - CORPORATION TAX UNIT W A HARRIMAN CAMPUS ALBANY, NY 12227 USA | X | | TAXES | | | | $600.00 | $600.00 | $0.00 |
| 10002716-10004291 NY STATE DEPT OF TAXATION & FINANCE CORPORATE TAX DISSOLUTION UNIT STATE CAMPUS BUILDING 8, ROOM 958 ALBANY, NY 12227 USA | | | TAXES | X | X | X | UNKNOWN | UNKNOWN | UNKNOWN |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | D I S P U T E D | U N L I Q U I D A T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| 10002710-10004259 OREGON DEPARTMENT OF REVENUE PO BOX 14790 SALEM, OR 97309-0470 USA | X | | TAXES | | | | $22,500.00 | $22,500.00 | $0.00 |
| 10002728-10004310 OREGON DEPT. OF REVENUE PO BOX 14800 SALEM, OR 97309-0920 USA | | | PAYROLL TAXES | X | X | X | UNKNOWN | UNKNOWN | UNKNOWN |
| 10002709-10004258 STATE OF DELAWARE DIVISION OF CORPORATIONS PO BOX 11728 NEWARK, NJ 07101-4728 USA | X | | TAXES | | | | $3,255.00 | $3,255.00 | $0.00 |

|  |  |
|---|---|
| Count: | **9** |
| Total Priority Amount: | **$28,863.22** |
| Total Non-Priority Amount: | **$0.00** |
| Total Amount: | **$28,863.22** |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the Debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule F in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if Debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. -<br><br>10002831 - 10004667<br>ALFONSO LANDEROS RIVERA<br>750 H ST APT 11A<br>WASCO, CA 93280<br>USA | X | | LITIGATION | X | X | X | UNKNOWN |
| Acct No. -<br><br>10002808 - 10004646<br>ALFONSO RIVERA<br>750 H ST APT 11A<br>WASCO, CA 93280<br>USA | X | | LITIGATION | X | X | X | UNKNOWN |
| Acct No. -<br><br>10002385 - 10004337<br>ASHENDENE 28 B.V. V.<br>INTERNATIONAL GARDEN<br>PRODUCTS, INC., CASE NO.<br>CV09090903<br>TIMOTHY CALDERBANK, TEGAN<br>SCHLATTER<br>888 SW FIFTH AVE., SUITE 300<br>PORTLAND, OR 97204<br>USA | | | LITIGATION | X | X | X | UNKNOWN |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. - <br><br> 10002366 - 10004514 <br> CHINOOK INVESTMENT COMPANY <br> PO BOX 2448 <br> PORTLAND, OR 97208-2448 <br> USA | | | LEASE (LANDLORD) | | | | $170.15 |
| Acct No. - <br><br> 10002367 - 10004515 <br> CONFERENCE CALL. COM <br> PO BOX 409573 <br> ATLANTA, GA 30384-9573 <br> USA | | | ACCOUNTS PAYABLE | | | | $3,305.54 |
| Acct No. - <br><br> 10002368 - 10004516 <br> DOCUSOURCE <br> PO BOX 230759 <br> TIGARD, OR 97281-0759 <br> USA | | | ACCOUNTS PAYABLE | | | | $480.15 |
| Acct No. - <br><br> 10002804 - 10004642 <br> EMILIANO ARMENTA <br> 751 BROADWAY <br> WASCO, CA 93280 <br> USA | X | | LITIGATION | X | X | X | UNKNOWN |
| Acct No. - <br><br> 10002833 - 10004662 <br> ESMERALDA OCAMPO <br> 6209 INDIAN PEAKS AVE <br> BAKERSFIELD, CA 93313 <br> USA | X | | LITIGATION | X | X | X | UNKNOWN |
| Acct No. - <br><br> 10002369 - 10004517 <br> FEDERAL EXPRESS <br> PO BOX 7221 <br> PASADENA, CA 91109-7321 <br> USA | | | ACCOUNTS PAYABLE | | | | $130.32 |
| Acct No. - <br><br> 10002370 - 10004518 <br> FRONTIER <br> PO BOX 9688 <br> MISSION HILLS, CA 91346-9688 <br> USA | | | ACCOUNTS PAYABLE | | | | $63.67 |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. - | | | LEASE (LANDLORD) | | | | |
| 10002380 - 10004528 GARDEN (NJ) QRS 14-32, INC NICOLAS H. ISHAM C/O W.P. CAREY & CO., 50 ROCKERFELLER PLAZA, 2ND FLOOR NEW YORK, NY 10020 USA | X | | | | | | $1,169,245.00 |
| Acct No. - | | | LITIGATION | | | | |
| 10002825 - 10004663 GENARO OCAMPO 1520 6TH ST WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002829 - 10004666 GUILLERMO OCHOA 1241 "F" STREET WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002823 - 10004578 GUMARO MENDOZA 750 H STREET, #24B WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002822 - 10004660 GUMARO MENDOZA P O BOX 292 WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002826 - 10004664 HECTOR OCAMPO 935 PECAN ST WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. - | | | LITIGATION | | | | |
| 10002383 - 10004536 IBARRA ET AL. V. WEEKS WHOLESALE ROSE GROWER, INC. AND INTERNATIONAL GARDEN PRODUCTS, INC., NO. 1:10-CV-01396-OWW-JLT STANLEY S. MALLISON, HECTOR R. MARTINEZ 1939 HARRISON STREET, SUITE 730 OAKLAND, CA 94612 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002832 - 10004581 IGNACIO IBARRA 750 H ST APT 37A WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | INTERCOMPANY | | | | |
| 10002590 - 10004534 ISELI NURSERY, INC. JIM HOLDING 30590 SE KELSO ROAD BORING, OR 97009 USA | | | Reflect intercompany payables to co-debtors. These accounting entries between debtors net to zero with the associated intercompany receivable reflected on the Exhibit B-16 of the co-debtors. These intercompany balances stem from accounting entries to allocate shared costs and income tax provisions and net borrowings amongst the co-debtors and do not represent payment obligations. | | | | $18,643,421.00 |
| Acct No. - | | | ACCOUNTS PAYABLE | | | | |
| 10002371 - 10004519 J. THAYER COMPANY PO BOX 3957 PORTLAND, OR 97208 USA | | | | | | | $116.25 |
| Acct No. - | | | LITIGATION | | | | |
| 10002819 - 10004657 JAIME FLORES HERNANDEZ 820 "O" STREET BAKERSFIELD, CA 93304 USA | X | | | X | X | X | UNKNOWN |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. - | | UTILITY | | | | | |
| 10002372 - 10004520<br>JERSEY CENTRAL POWER & LIGHT<br>PO BOX 3687<br>AKRON, OH 44309-3687<br>USA | | | | | | | $7,853.15 |
| Acct No. - | | LITIGATION | | | | | |
| 10002824 - 10004661<br>JOSE INOCENTE NAVA<br>513 D ST APT#1<br>WASCO, CA 93280<br>USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | LITIGATION | | | | | |
| 10002806 - 10004644<br>JOSE NAVA<br>513 D ST APT#1<br>WASCO, CA 93280<br>USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | LITIGATION | | | | | |
| 10002828 - 10004579<br>JOSE OCAMPO<br>1520 6TH ST.\<br>WASCO, CA 93280<br>USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | LITIGATION | | | | | |
| 10002827 - 10004665<br>JOSE OCAMPO<br>1009 ADAMS ST.<br>WASCO, CA 93280<br>USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | LITIGATION | | | | | |
| 10002798 - 10004538<br>JUAN "SHILO" RUBIO, JR.<br>2400 FLOWER ST.<br>WASCO, CA 93280<br>USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | LITIGATION | | | | | |
| 10002805 - 10004643<br>JUAN MORALES<br>1241 F ST<br>WASCO, CA 93280<br>USA | X | | | X | X | X | UNKNOWN |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. - | | | ACCOUNTS PAYABLE | | | | |
| 10002373 - 10004521 KOLDKIST 909 N. COLUMBIA BLVD PORTLAND, OR 97217 USA | | | | | | | $22.00 |
| Acct No. - | | | UTILITY | | | | |
| 10002374 - 10004522 LAKEWOOD TOWNSHIP MUNICIPAL UTILITIES 391 NEW HAMPSHIRE AVE. LAKEWOOD, NJ 08701 USA | | | | | | | $1,635.55 |
| Acct No. - | | | LITIGATION | | | | |
| 10002803 - 10004641 LAW OFFICES OF MALLISON & MARTINEZ C/O STAN MALLISON 1939 HARRISON STREET, SUITE 730 OAKLAND, CA 94612 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | ACCOUNTS PAYABLE | | | | |
| 10002381 - 10004533 LEVENBACH ADVOCATEN AERNOUT ZAPPEY ORANJE NASSAULAAN 17 POSTBUS 53081 1007 RB AMERSTERDAM, | | | | | | | $1,592.00 |
| Acct No. - | | | LITIGATION | | | | |
| 10002797 - 10004537 LUIS ROMERO 228 3RD ST MCFARLAND, CA 93250 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002800 - 10004540 LUIS SAAVEDRA 2404 GARDEN ST WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. - | | | LITIGATION | | | | |
| 10002799 - 10004539 LUIS SAAVEDRA 2409 GARDEN ST WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002810 - 10004648 MANUEL ALVA 285 S. SCHNAIDT ST SHAFTER, CA 93263 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002811 - 10004649 MANUEL ALVA 385 S. SCHNAIDT ST SHAFTER, CA 93263 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002820 - 10004658 MARGARITO IBARRA 750 H ST APT 16B WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002816 - 10004654 MARTIN FERNANDEZ 937 ROSE AVENUE WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | UTILITY | | | | |
| 10002375 - 10004523 NEW JERSEY NATURAL GAS PO BOX 1378 WALL, NJ 07715-0001 USA | | | | | | | $3,659.48 |
| Acct No. - | | | LITIGATION | | | | |
| 10002813 - 10004651 NORMA CARBAJAL 1110 WALNUT ST WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | D I S P U T E D | U N L I Q U I D A T E D | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. - | | | LITIGATION | | | | |
| 10002384 - 10004336 OCAMPO ET AL. V. WEEKS WHOLESALE ROSE GROWER, INC. AND INTERNATIONAL GARDEN PRODUCTS, INC., NO. 1:10-CV-01411-OWW-JLT STANLEY S. MALLISON, HECTOR R. MARTINEZ 1939 HARRISON STREET, SUITE 730 OAKLAND, CA 94612 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002814 - 10004652 OSCAR CARRILLO 1110 WALNUT ST WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | ACCOUNTS PAYABLE | | | | |
| 10002376 - 10004524 PACIFIC OFFICE AUTOMATION 14747 NW GREENBRIER PKWY BEARVERTON, OR 97006 USA | | | | | | | $42.26 |
| Acct No. - | | | LITIGATION | | | | |
| 10002818 - 10004656 PEDRO GURROLA 823 "O" STREET BAKERSFIELD, CA 93304 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002807 - 10004645 PEDRO RIOS 1325 11TH ST WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002830 - 10004583 PEDRO VASQUEZ RIOS 1325 11TH ST WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | D I S P U T E D | U N L I Q U I D A T E D | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. - | | | UTILITY | | | | |
| 10002377 - 10004525 PGE PO BOX 4438 PORTLAND, OR 97208-4438 USA | | | | | | | $346.43 |
| Acct No. - | | | LITIGATION | | | | |
| 10002815 - 10004653 PILAR CARRILLO 1131 GLENWOOD ST DELANO, CA 93215 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002817 - 10004655 RAFAEL GONZALEZ 333 "D" STREET WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002812 - 10004650 SALVADOR ALVA 312 VENABLE LANE SHAFTER, CA 93263 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002801 - 10004541 SERGIO GOMEZ VEGA 1675 OLIVE CT WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002809 - 10004647 SERGIO VEGA 1675 OLIVE CT WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | LITIGATION | | | | |
| 10002802 - 10004542 SONIA VILLALOBOS 755 PINE CONE SHAFTER, CA 93263 USA | X | | | X | X | X | UNKNOWN |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. - | | | ACCOUNTS PAYABLE | | | | |
| 10002378 - 10004526 SONITROL SECURITY SYSTEMS WHITEHORSE COMMERCIAL PARK 127 ROUTE 206 SUITE 23 HAMILTON, NJ 8610 USA | | | | | | | $628.20 |
| Acct No. - | | | LITIGATION | | | | |
| 10002821 - 10004659 TEOFILIO MEJIA P.O.BOX 1143  1017 ROSE AVE. WASCO, CA 93280 USA | X | | | X | X | X | UNKNOWN |
| Acct No. - | | | UTILITY | | | | |
| 10002379 - 10004527 VERIZON PO BOX 4833 TRENTON, NJ 08650-4833 USA | | | | | | | $302.00 |
| Acct No. - | | | INTERCOMPANY | | | | |
| 10002382 - 10004535 WEEKS WHOLESALE ROSE GROWER JIM HOLDING 20340 SE HIGHWAY 212 DAMASCUS, OR 97089 USA | | | Reflect intercompany payables to co-debtors.  These accounting entries between debtors net to zero with the associated intercompany receivable reflected on the Exhibit B-16 of the co-debtors.  These intercompany balances stem from accounting entries to allocate shared costs and income tax provisions and net borrowings amongst the co-debtors and do not represent payment obligations. | | | | $766,846.00 |

Count:         58
Total Amount:   $20,599,859.15

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if Debtor has no Executory Contracts or Unexpired Leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 10002668 - 10003683<br>ACE<br>RONAN EGGLESTON<br>455 MARKET STREET, 5TH FLOOR<br>SAN FRANCSISCO, CA 94105<br>USA | TYPE: SERVICE AGREEMENT<br>DATE: 01-OCT-10<br>NATURE OF INTEREST:<br>REAL PROPERTY (Y/N): N<br>DESCRIPTION: D&O Insurance |
| 10002666 - 10003681<br>CAPITAL PREMIUM<br>TODD PILCHER<br>PO BOX 30293<br>SALT LAKE CITY, UT 84130<br>USA | TYPE: SERVICE AGREEMENT<br>DATE: 01-JUL-10<br>NATURE OF INTEREST:<br>REAL PROPERTY (Y/N): N<br>DESCRIPTION: Financed insurance policy |
| 10002359 - 10003684<br>CHINOOK INVESTMENT<br>SHARI SPOLEK<br>PO BOX 2448<br>PORTLAND, OR 97208<br>USA | TYPE: LEASE AGREEMENT<br>DATE: 01-JAN-09<br>NATURE OF INTEREST:<br>REAL PROPERTY (Y/N): Y<br>DESCRIPTION: Office space lease; monthly rent varying by year |
| 10002669 - 10003685<br>FRANCOTYP-POSTALIA<br>140 N. MITCHELL COURT, STE. 200<br>ADDISON, IL 60101<br>USA | TYPE: LEASE AGREEMENT<br>DATE:<br>NATURE OF INTEREST:<br>REAL PROPERTY (Y/N): N<br>DESCRIPTION: Mail Machine Lease |
| 10002670 - 10003686<br>JAY HULBERT<br>JAY HULBERT<br>30590 SE KELSO ROAD<br>BORING, OR 97009<br>USA | TYPE: EMPLOYMENT AGREEMENT<br>DATE: 06-APR-04<br>NATURE OF INTEREST:<br>REAL PROPERTY (Y/N): N<br>DESCRIPTION: Employment Agreement |
| 10002663 - 10003678<br>KAISER FOUNDATION HEALTH PLAN<br>KRISTIN TIPPICH<br>PO BOX 34178<br>SEATTLE, WA 98124<br>USA | TYPE: SERVICE AGREEMENT<br>DATE: 01-JUL-10<br>NATURE OF INTEREST:<br>REAL PROPERTY (Y/N): N<br>DESCRIPTION: Health Insurance |
| 10002662 - 10003677<br>LIBERTY NORTHWEST<br>SCOTT FARMER<br>888 SW 5TH AVE.<br>PORTLAND, OR 97204<br>USA | TYPE: SERVICE AGREEMENT<br>DATE: 01-OCT-10<br>NATURE OF INTEREST:<br>REAL PROPERTY (Y/N): N<br>DESCRIPTION: Worker's Comp |
| 10002665 - 10003680<br>NATIONWIDE AGRIBUSINESS INSURANCE<br>TODD PILCHER<br>PO BOX 10491<br>DES MOINES, IA 50306<br>USA | TYPE: SERVICE AGREEMENT<br>DATE: 01-JUL-10<br>NATURE OF INTEREST:<br>REAL PROPERTY (Y/N): N<br>DESCRIPTION: General Liability Insurance |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 10002667 - 10003682<br>NAVIGATORS<br>RONAN EGGLESTON<br>ONE PENN PLAZA - 32ND FLOOR<br>NEW YORK, NY 10119<br>USA | TYPE: SERVICE AGREEMENT<br>DATE: 01-OCT-10<br>NATURE OF INTEREST:<br>REAL PROPERTY (Y/N): N<br>DESCRIPTION: D&O Insurance |
| 10002664 - 10003679<br>OREGON DENTAL SERVICE<br>ALEX OGUREK<br>601 SW 2ND AVE.<br>PORTLAND, OR 97204<br>USA | TYPE: SERVICE AGREEMENT<br>DATE: 01-JUL-10<br>NATURE OF INTEREST:<br>REAL PROPERTY (Y/N): N<br>DESCRIPTION: Dental Insurance |
| 10002661 - 10003676<br>PRUDENTIAL GROUP INSURANCE<br>ARHONDA REYES<br>PO BOX 101241<br>ATLANTA, GA 30392<br>USA | TYPE: SERVICE AGREEMENT<br>DATE: 01-JUL-08<br>NATURE OF INTEREST:<br>REAL PROPERTY (Y/N): N<br>DESCRIPTION: Life Insurance |

**Count of Contracts:**    **11**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if Debtor has no codebtors.

| NAME AND MAILING ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 10002760 - 10004678<br>OLD SKAGIT, INC.<br>20340 SE HIGHWAY 212<br>DAMASCUS, OR 97089<br>USA | 10002358 - 10004251<br>HARRIS, N.A. AS AGENT<br>JAMIE HOSLER<br>BMO CAPITAL MARKETS<br>115 S. LASALLE STREET, 12W<br>CHICAGO, IL 60603<br>USA |
| 10002761 - 10004679<br>CALIFORNIA NURSERY SUPPLY<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002358 - 10004251<br>HARRIS, N.A. AS AGENT<br>JAMIE HOSLER<br>BMO CAPITAL MARKETS<br>115 S. LASALLE STREET, 12W<br>CHICAGO, IL 60603<br>USA |
| 10002759 - 10004696<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002709 - 10004258<br>STATE OF DELAWARE<br>DIVISION OF CORPORATIONS<br>PO BOX 11728<br>NEWARK, NJ 07101-4728<br>USA |
| 10002760 - 10004697<br>OLD SKAGIT, INC.<br>20340 SE HIGHWAY 212<br>DAMASCUS, OR 97089<br>USA | 10002709 - 10004258<br>STATE OF DELAWARE<br>DIVISION OF CORPORATIONS<br>PO BOX 11728<br>NEWARK, NJ 07101-4728<br>USA |
| 10002761 - 10004698<br>CALIFORNIA NURSERY SUPPLY<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002709 - 10004258<br>STATE OF DELAWARE<br>DIVISION OF CORPORATIONS<br>PO BOX 11728<br>NEWARK, NJ 07101-4728<br>USA |
| 10002758 - 10004699<br>ISELI NURSERY, INC.<br>30590 SE KELSO RD<br>BORING, OR 97009<br>USA | 10002710 - 10004259<br>OREGON DEPARTMENT OF REVENUE<br>PO BOX 14790<br>SALEM, OR 97309-0470<br>USA |

# SCHEDULE H - CODEBTORS

| NAME AND MAILING ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 10002759 - 10004700<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002710 - 10004259<br>OREGON DEPARTMENT OF REVENUE<br>PO BOX 14790<br>SALEM, OR 97309-0470<br>USA |
| 10002834 - 10004676<br>ISELI NURSERY, INC.<br>30590 SE KELSO RD<br>BORING, OR 97009<br>USA | 10002358 - 10004251<br>HARRIS, N.A. AS AGENT<br>JAMIE HOSLER<br>BMO CAPITAL MARKETS<br>115 S. LASALLE STREET, 12W<br>CHICAGO, IL 60603<br>USA |
| 10002759 - 10004677<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002358 - 10004251<br>HARRIS, N.A. AS AGENT<br>JAMIE HOSLER<br>BMO CAPITAL MARKETS<br>115 S. LASALLE STREET, 12W<br>CHICAGO, IL 60603<br>USA |
| 10002760 - 10004701<br>OLD SKAGIT, INC.<br>20340 SE HIGHWAY 212<br>DAMASCUS, OR, 97089<br>USA | 10002710 - 10004259<br>OREGON DEPARTMENT OF REVENUE<br>PO BOX 14790<br>SALEM, OR 97309-0470<br>USA |
| 10002761 - 10004712<br>CALIFORNIA NURSERY SUPPLY<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002710 - 10004259<br>OREGON DEPARTMENT OF REVENUE<br>PO BOX 14790<br>SALEM, OR 97309-0470<br>USA |
| 10002758 - 10004702<br>ISELI NURSERY, INC.<br>30590 SE KELSO RD<br>BORING, OR 97009<br>USA | 10002711 - 10004264<br>CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0551<br>USA |
| 10002759 - 10004703<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002711 - 10004264<br>CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0551<br>USA |
| 10002760 - 10004704<br>OLD SKAGIT, INC.<br>20340 SE HIGHWAY 212<br>DAMASCUS, OR 97089<br>USA | 10002711 - 10004264<br>CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0551<br>USA |
| 10002761 - 10004713<br>CALIFORNIA NURSERY SUPPLY<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002711 - 10004264<br>CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0551<br>USA |

# SCHEDULE H - CODEBTORS

| NAME AND MAILING ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 10002758 - 10004705<br>ISELI NURSERY, INC.<br>30590 SE KELSO RD<br>BORING, OR 97009<br>USA | 10002713 - 10004274<br>NEW YORK STATE CORPORATION TAX<br>DEPARTMENT OF TAXATION AND FINANCE<br>TCC - CORPORATION TAX UNIT<br>W A HARRIMAN CAMPUS<br>ALBANY, NY 12227<br>USA |
| 10002759 - 10004706<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002713 - 10004274<br>NEW YORK STATE CORPORATION TAX<br>DEPARTMENT OF TAXATION AND FINANCE<br>TCC - CORPORATION TAX UNIT<br>W A HARRIMAN CAMPUS<br>ALBANY, NY 12227<br>USA |
| 10002760 - 10004707<br>OLD SKAGIT, INC.<br>20340 SE HIGHWAY 212<br>DAMASCUS, OR 97089<br>USA | 10002713 - 10004274<br>NEW YORK STATE CORPORATION TAX<br>DEPARTMENT OF TAXATION AND FINANCE<br>TCC - CORPORATION TAX UNIT<br>W A HARRIMAN CAMPUS<br>ALBANY, NY 12227<br>USA |
| 10002761 - 10004714<br>CALIFORNIA NURSERY SUPPLY<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002713 - 10004274<br>NEW YORK STATE CORPORATION TAX<br>DEPARTMENT OF TAXATION AND FINANCE<br>TCC - CORPORATION TAX UNIT<br>W A HARRIMAN CAMPUS<br>ALBANY, NY 12227<br>USA |
| 10002840 - 10004790<br>ISELI NURSERY, INC.<br>30590 SE KELSO RD<br>BORING, OR 97009<br>USA | 10002380 - 10004528<br>GARDEN (NJ) QRS 14-32, INC<br>NICOLAS H. ISHAM<br>C/O W.P. CAREY & CO., 50 ROCKERFELLER PLAZA, 2ND FLOOR<br>NEW YORK, NY 10020<br>USA |
| 10002759 - 10004718<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002380 - 10004528<br>GARDEN (NJ) QRS 14-32, INC<br>NICOLAS H. ISHAM<br>C/O W.P. CAREY & CO., 50 ROCKERFELLER PLAZA, 2ND FLOOR<br>NEW YORK, NY 10020<br>USA |
| 10002760 - 10004719<br>OLD SKAGIT, INC.<br>20340 SE HIGHWAY 212<br>DAMASCUS, OR 97089<br>USA | 10002380 - 10004528<br>GARDEN (NJ) QRS 14-32, INC<br>NICOLAS H. ISHAM<br>C/O W.P. CAREY & CO., 50 ROCKERFELLER PLAZA, 2ND FLOOR<br>NEW YORK, NY 10020<br>USA |
| 10002761 - 10004720<br>CALIFORNIA NURSERY SUPPLY<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002380 - 10004528<br>GARDEN (NJ) QRS 14-32, INC<br>NICOLAS H. ISHAM<br>C/O W.P. CAREY & CO., 50 ROCKERFELLER PLAZA, 2ND FLOOR<br>NEW YORK, NY 10020<br>USA |
| 10002759 - 10004733<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002383 - 10004536<br>IBARRA ET AL. V. WEEKS WHOLESALE ROSE GROWER, INC. AND INTERNATIONAL GARDEN<br>PRODUCTS, INC., NO. 1:10-CV-01396-OWW-JLT<br>STANLEY S. MALLISON, HECTOR R. MARTINEZ<br>1939 HARRISON STREET, SUITE 730<br>OAKLAND, CA 94612<br>USA |

## SCHEDULE H - CODEBTORS

| NAME AND MAILING ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 10002759 - 10004792<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002803 - 10004641<br>LAW OFFICES OF MALLISON & MARTINEZ C/O STAN MALLISON<br>1939 HARRISON STREET, SUITE 730<br>OAKLAND, CA 94612<br>USA |
| 10002759 - 10004786<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002804 - 10004642<br>EMILIANO ARMENTA<br>751 BROADWAY<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004793<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002805 - 10004643<br>JUAN MORALES<br>1241 F ST<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004794<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002806 - 10004644<br>JOSE NAVA<br>513 D ST APT#1<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004795<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002807 - 10004645<br>PEDRO RIOS<br>1325 11TH ST<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004796<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002808 - 10004646<br>ALFONSO RIVERA<br>750 H ST APT 11A<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004797<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002809 - 10004647<br>SERGIO VEGA<br>1675 OLIVE CT<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004798<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002810 - 10004648<br>MANUEL ALVA<br>285 S. SCHNAIDT ST<br>SHAFTER, CA 93263<br>USA |
| 10002759 - 10004787<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002811 - 10004649<br>MANUEL ALVA<br>385 S. SCHNAIDT ST<br>SHAFTER, CA 93263<br>USA |

## SCHEDULE H - CODEBTORS

| NAME AND MAILING ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 10002759 - 10004799<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002812 - 10004650<br>SALVADOR ALVA<br>312 VENABLE LANE<br>SHAFTER, CA 93263 |
| 10002759 - 10004800<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002813 - 10004651<br>NORMA CARBAJAL<br>1110 WALNUT ST<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004801<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002814 - 10004652<br>OSCAR CARRILLO<br>1110 WALNUT ST<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004802<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002815 - 10004653<br>PILAR CARRILLO<br>1131 GLENWOOD ST<br>DELANO, CA 93215<br>USA |
| 10002759 - 10004803<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002816 - 10004654<br>MARTIN FERNANDEZ<br>937 ROSE AVENUE<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004804<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002817 - 10004655<br>RAFAEL GONZALEZ<br>333 "D" STREET<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004788<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002818 - 10004656<br>PEDRO GURROLA<br>823 "O" STREET<br>BAKERSFIELD, CA 93304<br>USA |
| 10002759 - 10004805<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002819 - 10004657<br>JAIME FLORES HERNANDEZ<br>820 "O" STREET<br>BAKERSFIELD, CA 93304<br>USA |
| 10002759 - 10004773<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002832 - 10004581<br>IGNACIO IBARRA<br>750 H ST APT 37A<br>WASCO, CA 93280<br>USA |

## SCHEDULE H - CODEBTORS

| NAME AND MAILING ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 10002759 - 10004806<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002820 - 10004658<br>MARGARITO IBARRA<br>750 H ST APT 16B<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004807<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002821 - 10004659<br>TEOFILIO MEJIA<br>P.O.BOX 1143  1017 ROSE AVE.<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004808<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002822 - 10004660<br>GUMARO MENDOZA<br>P O BOX 292<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004770<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002823 - 10004578<br>GUMARO MENDOZA<br>750 H STREET, #24B<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004809<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002824 - 10004661<br>JOSE INOCENTE NAVA<br>513 D ST APT#1<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004791<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002833 - 10004662<br>ESMERALDA OCAMPO<br>6209 INDIAN PEAKS AVE<br>BAKERSFIELD, CA 93313<br>USA |
| 10002759 - 10004789<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002825 - 10004663<br>GENARO OCAMPO<br>1520 6TH ST<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004810<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002826 - 10004664<br>HECTOR OCAMPO<br>935 PECAN ST<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004811<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002827 - 10004665<br>JOSE OCAMPO<br>1009 ADAMS ST.<br>WASCO, CA 93280<br>USA |

# SCHEDULE H - CODEBTORS

| NAME AND MAILING ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 10002759 - 10004771<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002828 - 10004579<br>JOSE OCAMPO<br>1520 6TH ST.\<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004812<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002829 - 10004666<br>GUILLERMO OCHOA<br>1241 "F" STREET<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004775<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002830 - 10004583<br>PEDRO VASQUEZ RIOS<br>1325 11TH ST<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004813<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002831 - 10004667<br>ALFONSO LANDEROS RIVERA<br>750 H ST APT 11A<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004734<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002797 - 10004537<br>LUIS ROMERO<br>228 3RD ST<br>MCFARLAND, CA 93250<br>USA |
| 10002759 - 10004781<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002798 - 10004538<br>JUAN "SHILO" RUBIO, JR.<br>2400 FLOWER ST.<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004735<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002799 - 10004539<br>LUIS SAAVEDRA<br>2409 GARDEN ST<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004736<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002800 - 10004540<br>LUIS SAAVEDRA<br>2404 GARDEN ST<br>WASCO, CA 93280<br>USA |
| 10002759 - 10004737<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002801 - 10004541<br>SERGIO GOMEZ VEGA<br>1675 OLIVE CT<br>WASCO, CA 93280<br>USA |

# SCHEDULE H - CODEBTORS

| NAME AND MAILING ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 10002759 - 10004738<br>WEEKS WHOLESALE ROSE GROWER<br>30135 MCCOMBS RD<br>WASCO, CA 93280<br>USA | 10002802 - 10004542<br>SONIA VILLALOBOS<br>755 PINE CONE<br>SHAFTER, CA 93263<br>USA |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of INTERNATIONAL GARDEN PRODUCTS, INC., named as Debtor in this case, declare under penalty that I have read the foregoing summary and schedules, consisting of 37 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date:     December _3_, 2010

By: _____

Jim Holding
Chief Financial Officer

1