# SIGN-IN-SHEET

**CASE NAME:** International Garden Products, Inc.  
**CASE NO.** 10-13207-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** May 3, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason DiBattista | LeClair Ryan | Creditors' Committee |
| Eric Prezant | Bryan Cave | Debtors |
| Derek Abbott | Morris, Nichols, Arsht & Tunnell | " |
| Andrew Remming | " " " | " |
| Ingrid Kenny | U.S. Trustee | U.S. Trustee |
| Michael Melk | Klehr Harrison | Bank Group |

# Court Conference

Calendar Date: 05/03/2011
Calendar Time: 02:30 PM ET

2nd Revision 05/02/2011 01:36 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | International Garden Products, Inc. | 10-13207 | Hearing | 4195973 | David Audley | 312-845-2971 | Chapman & Cutler | Co-Administrator, Harris M.A. / LIVE |
| | | International Garden Products, Inc. | 10-13207 | Hearing | 4197904 | Paulina Fin Caprio | (312) 254-0880 | Morris Anderson & Associates | Creditor, Committee of Unsecured Creditors / LIVE |