**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL GARDEN PRODUCTS, INC., et al.,[1] | Case No. 10-13207 (KJC) |
| Debtors. | Jointly Administered |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 19, 2011 AT 10:00 A.M. (EASTERN TIME)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

    None at this time.

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.):

    None at this time.

UNCONTESTED MATTERS GOING FORWARD:

    None at this time.

CONTESTED MATTERS GOING FORWARD:

1. Debtors' Motion For Orders: (i) (A) Approving Bid Procedures Relating To Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Scheduling A Hearing To Consider The Sale, (C) Approving The Form And Manner Of Notice Of Sale By Auction, (D) Establishing Procedures For Noticing And Determining Cure Amounts, And (E) Granting Related Relief; And (ii) (A) Approving Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests, (C) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (D) Granting Related Relief (D.I. 324, Filed 4/8/11).

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): International Garden Products, Inc. (5711), Weeks Wholesale Rose Grower (9716), California Nursery Supply (6835), Iseli Nursery, Inc. (6206), and Old Skagit, Inc. (2996).

[2] **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

[3] The hearing will be held before the Honorable Kevin J. Carey, Chief Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

Responses Received:

(a) Objection And Reservation Of Rights Of Wilbur-Ellis Company To The Debtors' Motion For Order Approving Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests (D.I. 338, Filed 4/14/11):

(b) Limited Objection Of The Conard-Pyle Co. To The Amended Notice Of Debtors' Intent To Assume And Assign Certain Executory Contracts And Fixing Of Cure Amounts (D.I. 428, Filed 5/13/11); and

(c) Limited Objection Of Western Oil Fields Supply Co. d/b/a Rain For Rent To The Proposed Sale Of All Or Substantially All Of Debtors' Assets (D.I. 429, Filed 5/13/11).

Objection Deadline: April 15, 2011 at 4:00 p.m. (Eastern Time).

Related Pleadings:

(a) Declaration Of Geoffrey A. Richards Of William Blair & Company, L.L.C. In Support Of Debtors' Motion For Orders: (i) (A) Approving Bid Procedures Relating To Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Scheduling A Hearing To Consider The Sale, (C) Approving The Form And Manner Of Notice Of Sale By Auction, (D) Establishing Procedures For Noticing And Determining Cure Amounts, And (E) Granting Related Relief; And (ii) (A) Approving Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests, (C) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (D) Granting Related Relief (D.I. 325, Filed 4/8/11);

(b) Declaration Of Jay Hulbert In Support Of Debtors' Motion For Orders: (i) (A) Approving Bid Procedures Relating To Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Scheduling A Hearing To Consider The Sale, (C) Approving The Form And Manner Of Notice Of Sale By Auction, (D) Establishing Procedures For Noticing And Determining Cure Amounts, And (E) Granting Related Relief; And (ii) (A) Approving Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests, (C) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (D) Granting Related Relief (D.I. 326, Filed 4/8/11);

(c) Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion For Orders: (i) (A) Approving Bid Procedures Relating To Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Scheduling A Hearing To Consider The Sale, (C) Approving The Form And Manner Of Notice Of Sale By Auction, (D) Establishing Procedures For Noticing And Determining Cure Amounts, And (E) Granting Related Relief; And (ii) (A) Approving Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests, (C) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (D) Granting Related Relief (D.I. 327, Filed 4/8/11);

(d) Order Granting Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion For Orders: (i) (A) Approving Bid Procedures Relating To Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Scheduling A Hearing To Consider The Sale, (C) Approving The Form And Manner Of Notice Of Sale By Auction, (D) Establishing Procedures For Noticing And Determining Cure Amounts, And (E) Granting Related Relief; And (ii) (A) Approving Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests, (C) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (D) Granting Related Relief (D.I. 330, Entered 4/11/11);

(e) Amended Notice Of Debtors' Motion For Orders: (i) (A) Approving Bid Procedures Relating To Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Scheduling A Hearing To Consider The Sale, (C) Approving The Form And Manner Of Notice Of Sale By Auction, (D) Establishing Procedures For Noticing And Determining Cure Amounts, And (E) Granting Related Relief; And (ii) (A) Approving Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of The Debtors' Assets Outside The Ordinary Course Of Business, (B) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests, (C) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (D) Granting Related Relief (D.I. 336, Entered 4/13/11);

(f) Notice Of Filing Regarding Debtors' Bid Procedures And Sale Motion (D.I. 356, Filed 4/18/11);

(g) Certification Of Counsel Regarding Proposed Order (A) Approving Bid Procedures Related To Sale Of Substantially All Of Debtors' Assets; (B) Scheduling A Hearing To Consider The Sale; (C) Approving The Form And Manner Of Notice Of Sale By Auction; (D) Establishing Procedures For Noticing And Determining Cure Amounts; And (E) Granting Related Relief (D.I. 363, Filed 4/20/11);

(h) Order (A) Approving Bid Procedures Related To Sale Of Substantially All Of Debtors' Assets; (B) Scheduling A Hearing To Consider The Sale; (C) Approving The Form And Manner Of Notice Of Sale By Auction; (D) Establishing Procedures For Noticing And Determining Cure Amounts; And (E) Granting Related Relief (D.I. 366, Entered 4/21/11);

(i) Order Approving Stipulation And Order Regarding Lien And Secured Claim Of Wilbur-Ellis Company And Providing For Payment Thereof (D.I. 424, Entered 5/13/11)**; and**

(j) **Supplemental Declaration of Jay Hulbert In Support Of Debtors' Motion For Order (A) Approving Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of Debtors' Assets Outside The Ordinary Course Of Business, (B) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests, (C) Authorizing The Assumption and Assignment Of Certain Executory Contracts And Unexpired Leases, And (D) Granting Related Relief (D.I. 447, Filed 5/18/11).**

Status: This matter is going forward with respect to the approval of the Sale to **IGP Acquisition LLC. Response (a) is resolved. The Debtors believe responses (b) and (c) are resolved.**

2. Debtors' Motion For Entry Of An Order Approving Settlement With The Official Committee Of Unsecured Creditors With Respect To Resolution Of The Debtors' Cases (D.I. 380, Filed 4/27/11).

   Responses Received:

   (a) United States Trustee's Objection To Debtors' Motion For Entry Of Order Approving Settlement With Official Committee Of Unsecured Creditors With Respect To Resolution Of Debtors' Cases [Re: D.I. 380] (D.I. 398, Filed 5/3/11);

   (b) Letter Brief In Further Support Of The Debtors' Motion For Entry Of An Order Approving Settlement With The Official Committee Of Unsecured Creditors With Respect To Resolution Of The Debtors' Cases (D.I. 413, Filed 5/10/11); and

   (c) Letter Brief Of The United States Trustee In Objection To The Debtors' Motion For Entry Of An Order Approving Settlement With The Official Committee Of Unsecured Creditors With Respect To Resolution Of The Debtors' Cases (D.I. 414, Filed 5/10/11).

   Related Pleadings:

   (a) Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion For Entry Of An Order Approving Settlement With

    The Official Committee Of Unsecured Creditors With Respect To Resolution Of The Debtors' Cases (D.I. 381, Filed 4/27/11);

 (b) Order Granting Debtors' Motion For An Order Shortening Notice Relating To Debtors' Motion For Entry Of An Order Approving Settlement With The Official Committee Of Unsecured Creditors With Respect To Resolution Of The Debtors' Cases (D.I. 382, Filed 4/28/11);

 (c) Declaration Of Sandeep Gupta In Support Of Motion For Entry Of An Order Approving Settlement With The Official Committee Of Unsecured Creditors With Respect To Resolution Of The Debtors' Cases (D.I. 384, Filed 4/29/11)**; and**

 **(d)** **Supplemental Declaration Of Sandeep Gupta In Support Of Motion For Entry Of An Order Approving Settlement With The Official Committee Of Unsecured Creditors With Respect To Resolution Of The Debtors' Cases (D.I. 448, Filed 5/18/11).**

 Status: This matter is going forward.

3. Amended Notice Of Debtors' Intent To Assume And Assign Certain Leases And Executory Contracts And Fixing Of Cure Amounts (D.I. 402, Filed 5/3/11).

 Response Received:

 (a) Objection Of San Joaquin Horticulture, LLC To Assumption And Assignment Of Distribution Agreement (D.I. 425, Filed 5/13/11).

 Related Pleadings:

 (a) Notice Of Debtors' Intent To Assume And Assign Certain Leases And Executory Contracts And Fixing Of Cure Amounts (D.I. 391, Filed 4/29/11)**; and**

 **(b)** **Notice Of Withdrawal Of Objection Of San Joaquin Horticulture, LLC To Assumption And Assignment Of Distribution Agreement (D.I. 444, Filed 5/18/11).**

 Status: **Pursuant to the Notice of Withdrawal, this matter is resolved**.

4. Amended Notice Of Debtors' Intent To Assume And Assign Certain Leases And Executory Contracts And Fixing Of Cure Amounts (D.I. 403, Filed 5/3/11).

 Responses Received:

 (a) Limited Objection Of J&P Park Acquisition, Inc. To The Assumption And Assignment Of Certain Leases And Executory Contracts And Fixing Of Cure Amounts (D.I. 427, Filed 5/13/11); and

(b) Limited Objection Of The Conard-Pyle Co. To The Amended Notice Of Debtors' Intent To Assume And Assign Certain Executory Contracts And Fixing Of Cure Amounts (D.I. 428, Filed 5/13/11).

Related Pleading:

(a) Notice Of Debtors' Intent To Assume And Assign Certain Leases And Executory Contracts And Fixing Of Cure Amounts (D.I. 390, Filed 4/29/11).

**Status:  The Debtors believe that the Response (b) is resolved.  The Debtors are removing J&P Park Acquisition, Inc. from the list of agreements to be assumed under the Sale.**

5. Amended Notice Of Debtors' Intent To Assume And Assign Certain Leases And Executory Contracts And Fixing Of Cure Amounts (D.I. 404, Filed 5/3/11).

Responses Received:

(a) Conditional Objection By Creditor Deutsche Bank National Trust Company, As Trustee Of The Eugene LeRoy Trust, To Debtors' Intent To Assume And Assign Certain Unexpired Leases (D.I. 410, Filed 5/9/11);

(b) Supplemental Conditional Objection By Creditor Deutsche Bank National Trust Company, As Trustee Of the Eugene LeRoy Trust, To Debtors' Intent To Assume And Assign Certain Unexpired Lease (D.I. 411, Filed 5/9/11); and

(c) Limited Objection Of Western Oil Fields Supply Co. d/b/a Rain For Rent To Notice Of Debtors' Intent To Assume Certain Leases And Executory Contracts And Fixing Of Cure Amounts (D.I. 412, Filed 5/9/11);

Related Pleading:

(a) Notice Of Debtors' Intent To Assume And Assign Certain Leases And Executory Contracts And Fixing Of Cure Amounts (D.I. 393, Filed 4/29/11).

Status:  **Responses (a) and (b) are resolved.  The Debtors believe that Response (c) is resolved.**

6. Amended Notice Of Debtors' Intent To Assume And Assign Certain Leases And Executory Contracts And Fixing Of Cure Amounts (D.I. 405, Filed 5/3/11).

Response Received:

(a) Second Supplemental Conditional Objection By Creditor Deutsche Bank National Trust Company, As Trustee Of The Eugene LeRoy Trust, To Debtors' Intent To Assume And Assign Certain Unexpired Leases (D.I. 426, Filed 5/13/11).

Related Pleading:

(a)  Notice Of Debtors' Intent To Assume And Assign Certain Leases And Executory Contracts And Fixing Of Cure Amounts (D.I. 392, Filed 4/29/11).

Status:  **This matter is resolved.**

Dated: May 19, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/Andrew R. Remming*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-658-3989
Email: dabbott@mnat.com
       aremming@mnat.com

-and-

BRYAN CAVE LLP
Eric S. Prezant (admitted *pro hac vice*)
Leslie A. Bayles (admitted *pro hac vice*)
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Telephone: 312-602-5000
Facsimile: 312-602-5050
Email: eric.prezant@bryancave.com
       leslie.bayles@bryancave.com

-and-

BRYAN CAVE LLP
Cullen K. Kuhn (admitted *pro hac vice*)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: 314-259-2000
Facsimile: 314-259-2020
Email: ckkuhn@bryancave.com

*Attorneys for the Debtors and Debtors-in-Possession*