# SIGN-IN-SHEET

**CASE NAME:** International Garden Products, Inc.  
**CASE NO.** 10-13207-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** May 19, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason D'Battista | LeClair Ryan | Committee |
| Alan Noskow | Patton Boggs LLP | J&P Park Acquisitions, Inc |
| Christopher Griffiths | CBIZ | J&P Park Acquisitions, Inc |
| Howard A Cohen | Drinker Biddle & Reath | Deutsche Bank Trustee |
| Matthew J. Rifino | McCarter & English LLP | Western W/ Fertl Supply Co. DBA Plan for Plant |
| Stanley B. Tarr | Blank Rome LLP | ISEH WEEKS Holdings |
| Robbin Itkin | Steptoe & Johnson | " |
| Katharine Piper | " | " |
| Jami Nimeroff | Brown Stone Nimeroff LLC | Wilbur-Ellis Company |
| Mark Kenney | U.S. Trustee | U.S. Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | IGP Acq & Garden Alive |
| David A. L Siemple | Kaminsky Cook LLP | T&B Acq of Becker's Blvd |
| Michael Custer | Pepper Hamilton | Committee |

# SIGN-IN-SHEET

CASE NAME: INTERNATIONAL GARDEN COURTROOM LOCATION: 5
CASE NO. -KJC 10-13207  DATE: 5/19/2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph H. Huston, Jr. | Stevens & Lee | The Conard-Pyle Co/Star Roses |
| Eric Prezant | Bryan Cave | Debtors |
| Andrew Remming | Morris, Nichols, Arsht & Tunnell | " |
| Derek Abbott | " | " |
| Richard Beck | Kehr Harrison | Lenders |

# Court Conference

**Calendar Date:** 05/19/2011
**Calendar Time:** 10:00 AM ET

# U.S. Bankruptcy Court-Delaware
# Confirmed Telephonic Appearance Schedule
# Honorable Kevin J. Carey #5

1st Revision 05/18/2011 01:53 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | International Garden Products, Inc. | 10-13207 | Hearing | 4232542 | David Audley | 312-845-2971 | Chapman & Cutler | Co-Administrator, Harris M.A. / LIVE |
| | | International Garden Products, Inc. | 10-13207 | Hearing | 4221533 | Robert F. Kidd | 510-451-0544 | Donahue Gallagher Woods LLP | Creditor, Deutsche Bank National Trust Company / LIVE |