# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTERNATIONAL GARDEN PRODUCTS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-13207 (KJC)<br><br>Jointly Administered<br><br>**RE: D.I. 324** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER (A) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO SECTIONS 363 AND 365 OF THE BANKRUPTCY CODE; AND (C) GRANTING RELATED RELIEF**

I, Andrew R. Remming, counsel for the above-captioned debtors and debtors in possession (the "Debtors")[2], hereby certify (the "Certification") as follows regarding the Proposed Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially all of the Debtors' Assets Outside the Ordinary Course of Business Pursuant to Sections 105 and 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Sections 363 and 365 of the Bankruptcy Code; and (C) Granting Related Relief (the "Second Revised Sale Order"), attached hereto as **Exhibit A**.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): International Garden Products, Inc. (5711), Weeks Wholesale Rose Grower (9716), California Nursery Supply (6835), Iseli Nursery, Inc. (6206), and Old Skagit, Inc. (2996).

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Second Revised Sale Order

1. On April 8, 2011, the Debtors filed the *Debtors' Motion for Orders: (I) (A) Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets Outside the Ordinary Course of Business, (B) Scheduling a Hearing to Consider the Sale, (C) Approving the Form and Manner of Notice of Sale by Auction, (D) Establishing Procedures for Noticing and Determining Cure Amounts, and (E) Granting Related Relief; and (II) (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtors' Assets Outside the Ordinary Course of Business, (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief* [D.I. 324] (the "Sale Motion"). Attached as Exhibit C to Sale Motion was a copy of the proposed Sale Order (the "Original Sale Order").

2. On April 18, 2011, the Debtors filed the *Notice of Filing Regarding Debtors' Bid Procedures and Sale Motion* [D.I. 356] (the "Notice"). Attached as Exhibit 8 to the Notice was a revised version of the Original Sale Order (the "First Revised Sale Order").

3. On May 19, 2011, this Court convened a hearing (the "Hearing") to consider approval of, among other things, the Sale Motion, and the asset purchase agreement, originally dated as of April 8, 2011, as amended and restated as of May 19, 2011 (as so amended and restated, the "Agreement"), between IGP Acquisition LLC (the "Purchaser") and the Debtors.

3. Based on this Court's rulings at the Hearing and comments received prior to, during and after the Hearing from counsel to parties-in-interest, the Debtors revised the First Revised Sale Order (the "Second Revised Sale Order") and the Agreement. A blackline comparing the Second Revised Sale Order to the First Revised Sale Order is attached hereto as

**Exhibit B**. A blackline highlighting the revisions to the Agreement is attached hereto as **Exhibit C**.[3]

4. The Debtors circulated the Second Revised Sale Order and the Agreement to counsel for the Purchaser, the Agent, the Committee, the U.S. Trustee, Iseli Weeks Holdings, Inc., Wilbur-Ellis Company, The Conard-Pyle Co., J&P Park Acquisition, Inc., and Western Oilfields Supply, LLC., and each has no objection to the Court's entry of the Second Revised Sale Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Second Revised Sale Order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated: May 20, 2011
Wilmington, Delaware

Respectfully submitted,

*/s/ Andrew R. Remming*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-658-3989
Email: dabbott@mnat.com
aremming@mnat.com

-and-

BRYAN CAVE LLP
Eric S. Prezant (admitted *pro hac vice*)
Leslie A. Bayles (admitted *pro hac vice*)
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Telephone: 312-602-5000

---

[3] The fully executed Agreement is attached to the Second Revised Sale Order as Exhibit A.

Facsimile: 312-602-5050
Email: eric.prezant@bryancave.com
leslie.bayles@bryancave.com

-and-

BRYAN CAVE LLP
Cullen K. Kuhn (admitted *pro hac vice*)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: 314-259-2000
Facsimile: 314-259-2020
Email: ckkuhn@bryancave.com

*Attorneys for the Debtors and Debtors-in-Possession*

4205049.1